Tax Appeals, No. 89-A-246; 90-1411, *HWK Corp.* v. *Franklin Cty. Bd. of Revision,* Board of Tax Appeals, No. 89-A-248; 90-1412, *Greenleaf Investment Corp.* v. *Franklin Cty. Bd. of Revision,* Board of Tax Appeals, No. 89-G-244; and 90-1413, *WKH Corp.* v. *Franklin Cty. Bd. of Revision,* Board of Tax Appeals, Nos. 89-F-252, 89-F-253, 89-F-254, 89-F-255 and 89-F-256. Motion to dismiss granted; motion to consolidate granted; *sua sponte,* case Nos. 90-1409, 90-1410, 90-1411, 90-1412 and 90-1413 are dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**90-1427.** Windom v. Rothacker. *Cuyahoga County,* No. 60051. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**90-1504.** Taczak v. Shoemaker. In prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**90-1505.** Verbanic v. Panagis. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**90-1506.** Verbanic v. Panagis. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**90-2004.** State, ex rel. Clark, v. Slaby. In Mandamus. *Sua sponte,* cause dismissed.

Sweeney, Holmes, Douglas, Wright and Resnick, JJ., concur.

Moyer, C.J., and H. Brown, J., would grant an alternative writ.

**90-2052.** In re Wallen. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**90-2095.** Hearts v. Baker. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**90-2242.** Garcia v. State. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**90-2252.** State, ex rel. Bennett, v. Judges of the Courts of Common Pleas of the Counties of Ohio. In Prohibition. *Sua sponte,* cause dismissed as moot in view of our decision in *State, ex rel. Bennett,* v. *Bds. of Elections of the Counties of Ohio* (1990), 56 Ohio St. 3d 1, 564 N.E. 2d 407.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.